[Cite as *Purdon v. Ohio Dept. of Rehab. & Corr.*, 2011-Ohio-5324.]



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

JASON PURDON

    Plaintiff

    v.

OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, et al.

    Defendants
    Case No. 2009-02812

Judge Alan C. Travis
Magistrate Matthew C. Rambo

<u>JUDGMENT ENTRY</u>

{¶1} On July 11, 2011, the magistrate issued a decision recommending judgment for defendants.

{¶2} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." On August 2, 2011, plaintiff filed a motion for leave for an extension of time to file objections to the magistrate's decision.

{¶3} Civ.R. 6(B) provides, in part:

{¶4} "When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order, or (2) upon motion made after the

expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect[.]"

{¶5} Plaintiff's motion was not filed before the expiration of the period prescribed by Civ.R. 53(D)(3)(b)(i) and did not state that his failure to do so was the result of excusable neglect. Accordingly, plaintiff's motion for leave is DENIED.

{¶6} The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein. Judgment is rendered in favor of defendants. Court costs are assessed against plaintiff. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____
ALAN C. TRAVIS
Judge

cc:

Anne B. Strait                                       Wm. Eric Minamyer
Assistant Attorney General                           9832 Farmstead Drive
150 East Gay Street, 18th Floor                      Loveland, Ohio 45140
Columbus, Ohio 43215-3130

MR/dms
Filed August 22, 2011
To S.C. reporter October 13, 2011